Dorothy G. Bunce, Esq.
Nevada Bar No. 0756
A FRESH START
2037 Franklin Ave
Las Vegas, Nevada 89104
(702) 456-1920
1bankruptcy@cox.net
Attorney for KEITH JAMES WILSON

*E-Filed on January 8, 2010*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| IN RE ) | Case No: 09-33096bam |
| ) | Date: 02/09/2010 |
| KEITH JAMES WILSON ) | Time: 1:30 pm |
| ) | Chapter 7 |
| Debtor. ) | Trustee  Yvette Weinstein |
| ) | |

**Answer/Opposition to Motion of Wells Fargo Bank, NA For Relief from Automatic Stay filed January 6, 2010**

Debtor KEITH JAMES WILSON, as represented by his legal counsel, Dorothy G. Bunce, of A FRESH START hereby answers and opposes the Motion of Wells Fargo Home Mortgage for Relief from Stay as follows:

**ANSWER TO FACTUAL ALLEGATIONS**

Debtor admits the allegations contained in paragraphs 1, 9, and 10 of the Motion. Debtor denies all remaining factual allegations.

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

**AFFIRMATIVE DEFENSE**

Movant has not shown the irreparable harm necessary to justify lifting the stay. Even if Movant is entitled to relief from the stay, the stay should not be terminated. The Court should grant less drastic relief by conditioning or modifying the stay.

WHEREFORE, Debtor asks that the motion be dismissed and/or denied.

Dated:	January 8, 2010.

**A FRESH START**

By/s/ *Dorothy G. Bunce*
Original Signature
Dorothy G. Bunce, Esq.
Nevada Bar # 0756
2037 Franklin Ave
Las Vegas, Nevada 89104
Attorney for Debtor

**CERTIFICATE OF SERVICE BY MAIL**

The undersigned hereby certifies that on the date shown below, I placed into the United States Mail a true and correct copy of the Answer/Opposition to Motion of Wells Fargo Bank, NV For Relief from Automatic Stay filed January 6, 2010, postage prepaid, addressed to:

| | | |
|---|---|---|
| Wilde & Associates<br>Gregory L Wild Esq<br>212 S Jones Blvd<br>Las Vegas NV 89107 | Yvette Weinstein<br>6450 Spring Mtin Rd Ste 14<br>Las Vegas, NV 89146 | Wells Fargo Bank, NA<br>8480 Stagecoach Cir<br>Frederick, MD 21701 |

Mark S Bosco, Esq
Tiffany & Bosco PA
2525 E Camelback Rd Ste 300
Phoenix AZ 85016

DATED:	January 8, 2010.

/s/ *Dorothy G Bunce*
Original Signature
An employee of A FRESH START

*A Fresh Start*
*2037 Franklin Ave*
*Las Vegas, Nevada 89104*
*Telephone (702) 456-1920   Fax (877) 613-3287*

-2-