**Entered on Docket
February 24, 2010**

_____
**Hon. Bruce A. Markell
United States Bankruptcy Judge**
_____

1
2
3
4
5
6
7
8  WILDE & ASSOCIATES
   Gregory L. Wilde, Esq.
9  Nevada Bar No. 004417
   212 South Jones Boulevard
10 Las Vegas, Nevada 89107
   Telephone:  702 258-8200
11 bk@wildelaw.com
   Fax:  702 258-8787
12
13 MARK S. BOSCO, ESQ.
   Arizona Bar No. 010167
14 TIFFANY & BOSCO, P.A.
   2525 East Camelback Road, Suite 300
15 Phoenix, Arizona 85016
   Telephone: (602) 255-6000
16
17 Wells Fargo Bank, N.A.
   09-78144
18
19                UNITED STATES BANKRUPTCY COURT
                       DISTRICT OF NEVADA
20
21
   In Re:                          BK-S-09-33096-bam
22
   Keith James Wilson              Date: 2/9/2010
23                                 Time: 1:30 pm
24                                 Chapter 7
          Debtor.
25
26              **ORDER VACATING AUTOMATIC STAY**

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the above-entitled bankruptcy proceedings is immediately vacated and extinguished for all purposes as to Secured Creditor Wells Fargo Bank, N.A., its assignees and/or successors in interest, of the subject property, generally described as 355 Keating Street, Henderson, NV 89074, and legally described as follows:

> LOT EIGHT 8 IN 8l0CK FIVE 5 OF GREEN VALLEY SOUTH UNIT NO. 422 AS SHOWN BY MAP THEREOF ON FILE IN 800K 35 OF PLATS, PAGE 93, IN THE OFFICE OF THE COUNTY RECORDER OF CALRK COUNTY, NEVADA

DATED this _____ day of _____ 2010

Submitted by:

**WILDE & ASSOCIATES**

By:_____
**Gregory L. Wilde, Esq.**
Attorney for Secured Creditor
212 South Jones Boulevard
Las Vegas, Nevada 89107

APPROVED / DISAPPROVED

By:_____
Dorothy G. Bunce
2037 Franklin Ave.
Las Vegas, NV 89104
Attorney for Debtor(s)

APPROVED / DISAPPROVED

By:_____
Yvette Weinstein
6450 Spring Mtn. Rd. #14
Las Vegas, NV 89146
Chapter 7 Trustee

In accordance with Local Rule 9021, the undersigned counsel certifies as follows (check one):
\_\_\_\_\_ The court waived the requirements of LR 9021.
\_\_\_\_\_ No parties appeared or filed written objections, and there is no trustee appointed in the case.
\_\_\_\_\_ No parties appeared or filed written objections, and the trustee is the movant.
\_x\_ This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

Debtor's counsel:
\_\_\_\_\_ approved the form of this order        \_\_\_\_\_ disapproved the form of this order
\_\_\_\_\_ waived the right to review the order and/or   \_x\_ failed to respond to the document
\_\_\_\_\_ appeared at the hearing, waived the right to review the order
\_\_\_\_\_ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:
\_\_\_\_\_ approved the form of this order        \_\_\_\_\_ disapproved the form of this order
\_\_\_\_\_ waived the right to review the order and/or   \_x\_ failed to respond to the document

\_\_\_\_\_ This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below.

Debtor's counsel:
\_\_\_\_\_ approved the form of this order        \_\_\_\_\_ disapproved the form of this order
\_\_\_\_\_ waived the right to review the order and/or   \_\_\_\_\_ failed to respond to the document
\_\_\_\_\_ appeared at the hearing, waived the right to review the order
\_\_\_\_\_ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:
\_\_\_\_\_ approved the form of this order        \_\_\_\_\_ disapproved the form of this order
\_\_\_\_\_ waived the right to review the order and/or   \_\_\_\_\_ failed to respond to the document

\_\_\_\_\_ I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objection.

Submitted by:
/s/ Gregory L. Wilde, Esq.
Gregory L. Wilde, Esq.
Attorney for Secured Creditor