|   |   |
|---|---|
| WILDE & ASSOCIATES<br>Gregory L. Wilde, Esq.<br>Nevada Bar No. 004417<br>212 South Jones Boulevard<br>Las Vegas, Nevada 89107<br>Telephone: 702 258-8200<br>bk@wildelaw.com<br>Fax: 702 258-8787 | Electronically Filed on _____ |

Wells Fargo Bank, N.A.
09-78144

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

| In re:<br><br><br>Keith James Wilson<br><br><br><br><br>Debtor. | BK09-33096-bam<br><br>Chapter 7<br><br>NOTICE OF ENTRY OF ORDER<br>VACATING AUTOMATIC STAY<br>HEARING DATE: 2/9/2010<br>HEARING TIME: 1:30 pm<br><br>ESTIMATED TIME: 5 Minutes |

PLEASE TAKE NOTICE that on the 24th day of February, 2010, Order Vacating Automatic Stay was entered by the court. Copy of said order is attached herewith.

DATED this _____.

**WILDE & ASSOCIATES**

By: _K. Salish_ #10235
GREGORY L. WILDE, ESQ.
Attorney for Secured Creditor
212 South Jones Boulevard
Las Vegas, Nevada 89107

Entered on Docket
February 24, 2010

*Bruce A. Markell*
---
Hon. Bruce A. Markell
United States Bankruptcy Judge

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
bk@wildelaw.com
Fax: 702 258-8787

MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000

Wells Fargo Bank, N.A.
09-78144

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | BK-S-09-33096-bam |
| Keith James Wilson | Date: 2/9/2010<br>Time: 1:30 pm |
| | Chapter 7 |
| Debtor. | |

## ORDER VACATING AUTOMATIC STAY

1   IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the

2   above-entitled bankruptcy proceedings is immediately vacated and extinguished for all purposes as to

3   Secured Creditor Wells Fargo Bank, N.A., its assignees and/or successors in interest, of the subject

4   property, generally described as 355 Keating Street, Henderson, NV 89074, and legally described as

5   follows:

6
    LOT EIGHT 8 IN 8l0CK FIVE 5 OF GREEN VALLEY SOUTH UNIT NO. 422 AS SHOWN
7   BY MAP THEREOF ON FILE IN 800K 35 OF PLATS, PAGE 93, IN THE OFFICE OF THE
    COUNTY RECORDER OF CALRK COUNTY, NEVADA
8

9

10

11          DATED this ____ day of _____ 2010

12  Submitted by:

13  WILDE & ASSOCIATES

14  By:_____
    Gregory L. Wilde, Esq.
15  Attorney for Secured Creditor
    212 South Jones Boulevard
16  Las Vegas, Nevada 89107

17
    APPROVED / DISAPPROVED
18
    By:_____
19  Dorothy G. Bunce
    2037 Franklin Ave.
20  Las Vegas, NV 89104
21  Attorney for Debtor(s)

22

23  APPROVED / DISAPPROVED

24  By:_____
    Yvette Weinstein
25  6450 Spring Mtn. Rd. #14
    Las Vegas, NV 89146
    Chapter 7 Trustee

In accordance with Local Rule 9021, the undersigned counsel certifies as follows (check one):
\_\_\_\_ The court waived the requirements of LR 9021.
\_\_\_\_ No parties appeared or filed written objections, and there is no trustee appointed in the case.
\_\_\_\_ No parties appeared or filed written objections, and the trustee is the movant.
\_x\_ This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

Debtor's counsel:
\_\_\_\_ approved the form of this order        \_\_\_\_ disapproved the form of this order
\_\_\_\_ waived the right to review the order and/or   \_x\_ failed to respond to the document
\_\_\_\_ appeared at the hearing, waived the right to review the order
\_\_\_\_ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:
\_\_\_\_ approved the form of this order        \_\_\_\_ disapproved the form of this order
\_\_\_\_ waived the right to review the order and/or   \_x\_ failed to respond to the document

\_\_\_\_ This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below.

Debtor's counsel:
\_\_\_\_ approved the form of this order        \_\_\_\_ disapproved the form of this order
\_\_\_\_ waived the right to review the order and/or   \_\_\_\_ failed to respond to the document
\_\_\_\_ appeared at the hearing, waived the right to review the order
\_\_\_\_ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:
\_\_\_\_ approved the form of this order        \_\_\_\_ disapproved the form of this order
\_\_\_\_ waived the right to review the order and/or   \_\_\_\_ failed to respond to the document

\_\_\_\_ I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objection.

Submitted by:
/s/ Gregory L. Wilde, Esq.
Gregory L. Wilde, Esq.
Attorney for Secured Creditor

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
Fax: 702 258-8787
bk@wildelaw.com,

MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000

Wells Fargo Bank, N.A.
09-78144

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | BK-S-09-33096-bam |
| Keith James Wilson | Date: 2/9/2010<br>Time: 1:30 pm |
| Debtor. | Chapter 7 |

### CERTIFICATE OF SERVICE

On  3/10/10  I served the following documents(s):

NOTICE OF ENTRY OF ORDER VACATING AUTOMATIC STAY

1. I served the above-named document(s) by the following means to the persons as listed below:

   X   a. ECF System

   Dorothy G. Bunce
   bunce@hotpop.com
   Attorney for Debtor

Yvette Weinstein
yweinsteinhsd@earthlink.net
Trustee

X **b. United States mail, postage fully prepaid:**

Dorothy G. Bunce
2037 Franklin Ave.
Las Vegas, NV 89104
Attorney for Debtor

Keith James Wilson
355 Keating St.
Henderson, NV 89074
Debtor

Wells Fargo Bank Nv Na
Attn: Managing Agent
Po Box 31557
Billings, MT 59107
"Via Certified Mail"

☐ **c. Personal Service** (List persons and addresses. Attach additional paper if necessary)

I personally delivered the document(s) to the persons at these addresses:

☐  1.  For a party represented by an attorney, delivery was made by handing the document(s) to the attorney's office with a clerk or other person in charge, or if no one is charge by leaving the document(s) in a conspicuous place in the office.

**N/A**

☐  2.  For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.
N/A

☐ **d. By direct mail (as opposed to through the ECF System)**

*(List persons and email addresses. Attach additional paper if necessary)*

Based upon the written assignment of the parties to accept service by email or a court order. I caused the document(s) to be sent to the persons at the mail addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐ **e. By fax transmission** *(List persons and fax numbers. Attach additional paper if necessary)*

Based upon the written assignment of the parties to accept service by fax transmission or a court order. I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐ **f. By messenger** *(List persons and addresses. Attach additional paper if necessary)*

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.

**I declare under penalty of perjury that the foregoing is true and correct.**

DATED this  3/10/10  .

By: _[signature]_